UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

**DEWIGHT SPIRES,**

      **Plaintiff,**

v.                                            **Case No.: 5:23-cv-359-GAP-PRL**

**UNITED STATES OF AMERICA,**

      **Defendant.**

## ORDER OF DISMISSAL

THIS CAUSE is before the Court upon periodic review. On December 18, 2023, this Court issued an Order to Show Cause (Doc. 20) as to why the case should not be dismissed for failure to prosecute by failing to file the Case Management Report. The Order directed Plaintiff to respond within fourteen (14) days. Plaintiff failed to respond to the order or file a Case Management Report pursuant to Local Rule 3.02(b)(3).

Accordingly, it is hereby **ORDERED** and **ADJUDGED** that this case is **DISMISSED without prejudice for failure to prosecute**. The Clerk is directed to terminate any deadlines and **CLOSE** this case.

**DONE** and **ORDERED** in Chambers in Orlando, Florida on January 10th, 2024

                                        **GREGORY A. PRESNELL**
                                        **UNITED STATES DISTRICT JUDGE**

Copies furnished to:

Counsel of Record
Unrepresented Parties